No. 77–1674. Field v. United States. C. A. 2d Cir. Certiorari dismissed July 18, 1978, under this Court's Rule 60.

No. 77–6714. Nicholas v. United States. C. A. 2d Cir. Certiorari dismissed July 18, 1978, under this Court's Rule 60.

No. 77–1676. McLouth Steel Corp. v. Jewell Coal & Coke Co. C. A. 6th Cir. Certiorari dismissed July 21, 1978, under this Court's Rule 60.

No. 77–1862. Israel, Warden v. Hughes. C. A. 7th Cir. Certiorari dismissed August 3, 1978, under this Court's Rule 60.

No. 78–94. Tenneco Oil Co. et al. v. Federal Energy Regulatory Commission. C. A. 5th Cir. Certiorari dismissed August 7, 1978, under this Court's Rule 60.

No. 78–81. Van Wyk v. Marcoux et al. C. A. 8th Cir. Certiorari dismissed August 24, 1978, under this Court's Rule 60.

No. 78–145. Banner, Commissioner of Patents and Trademarks v. Chakrabarty. C. C. P. A. Certiorari dismissed August 25, 1978, under this Court's Rule 60.

No. 77–1587. Construction Aggregates Corp. v. Morvant, Administratrix. C. A. 6th Cir. Certiorari dismissed August 30, 1978, under this Court's Rule 60.